# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | MISC. ACTION NO. 4:12-MC-3 |
| | § | |
| TERRY J. PLUM, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 7, 2012, the amended report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Respondent be required to fully comply with the summons issued to him and appear at the offices of the Internal Revenue Service as directed.

There being no objections by Respondent to the amended report and recommendations, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Respondent **TERRY J. PLUM** is **ORDERED** and **DIRECTED** to fully comply with the summonses issued so that the IRS can complete a Collection Information Statement and prepare 1040 tax returns. Respondent is directed to appear on **July 18, 2012 at 9:00 a.m. at the offices of**

**the Internal Revenue Service, 4050 Alpha Road, Eighth Floor, Farmers Branch, Texas 75244**, to meet with IRS Revenue Officer Fred Rice or her designated agent, to comply with the summonses, and to produce the records and testimony described in the summonses.

**IT IS SO ORDERED.**

**SIGNED this the 10th day of July, 2012.**

                                                  RICHARD A. SCHELL
                                                  UNITED STATES DISTRICT JUDGE